# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SUPER INTERCONNECT TECHNOLOGIES LLC, | § § § |
| Plaintiff, | § § |
| | §   **JURY TRIAL DEMANDED** |
| v. | § § |
| GOOGLE LLC, | §   **CIVIL ACTION NO. 6:21-cv-00259-ADA** |
| | § |
| Defendant. | § § § |

**PLAINTIFF'S UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Plaintiff Super Interconnect Technologies LLC ("Plaintiff") respectfully requests that Jerry D. Tice II be permitted to withdraw as counsel of record for Plaintiff in this matter. Bragalone Olejko Saad PC will continue to represent Plaintiff. Defendant does not oppose this motion.

1

Dated: May 27, 2021

Respectfully submitted,

/s/Terry A. Saad
Jeffrey R. Bragalone
Texas Bar No. 02855775
Daniel F. Olejko
Texas Bar No. 24108897
Terry A. Saad
Texas Bar No. 24066015

**Bragalone Olejko Saad PC**
2200 Ross Avenue
Suite 4600W
Dallas, TX 75201
Tel: (214) 785-6670
Fax: (214) 785-6680
jbragalone@bosfirm.com
dolejko@bosfirm.com
tsaad@bosfirm.com

## CERTIFICATE OF CONFERENCE

On May 27, 2021, Terry Saad, counsel for Plaintiff, conferred with Mark Liang, counsel for Defendant, via e-mail concerning the relief requested in this motion. Defendant is not opposed to this motion.

/s/ Terry A. Saad
Terry A. Saad

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 27th day of May, 2021.

/s/ Terry A. Saad
Terry A. Saad