UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPER INTERCONNECT TECHNOLOGIES LLC<br><br>                    Plaintiff(s)<br>v.<br><br>GOOGLE LLC<br><br>                    Defendant(s) | CASE No C 4:21-cv-08706-HSG<br><br>STIPULATION AND ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

   ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

   ☐ **Mediation** (ADR L.R. 6)

   ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

   ☒ **Private ADR** (*specify process and provider*)
      The parties are conferring on the selection of a mutually agreeable mediator.

The parties agree to hold the ADR session by:

   ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

   ☐ other requested deadline:

Date: 2/15/22                    */s/ Stuart G. Gross*
                                      Attorney for Plaintiff

Date: 2/15/22                    */s/ David Almeling*
                                      Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 2/16/2022                  *Haywood S. Gilliam, Jr.*
                                      U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019

**ATTESTATION RE: LOCAL RULE 5.1(h)(3)**

Pursuant to Local Rule 5.1(h)(3), I attest that concurrence in the content of this document has been obtained from each of the other signatories above.

　　　　　　　　　　　　　　　　　　　　*/s/ Stuart G. Gross*
　　　　　　　　　　　　　　　　　　　　Stuart G. Gross

GROSS & KLEIN LLP
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

Case No. 4:21-cv-08706-HSG