UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPER INTERCONNECT TECHNOLOGIES LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 21-cv-08706-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on February 22, 2022. Having considered the parties' proposal, *see* Dkt. No. 67, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | March 23, 2022 |
| Close of Fact Discovery | April 20, 2022 |
| Supplemental Opening Damages Expert Report per WDTX Case Management Order (Dkt. No. 31) and also reflecting that Pixel 6 and later products are not accused. | May 4, 2022 |
| Exchange of Rebuttal Expert Reports | June 1, 2022 |
| Close of Expert Discovery | June 25, 2022 |
| Dispositive Motions, *Daubert* Motions, and Motions to Strike Hearing Deadline | September 8, 2022, at 2:00 p.m. |
| Pretrial Conference | January 17, 2023, at 3:00 p.m. |
| Jury Trial (10 days) | February 6, 2023, at 8:30 a.m. |

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 2/22/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge